**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Catarino Escobedo Leon,
Petitioner,
v.
Eric Rokosky, et al.,
Respondents.

No. CV-26-04743-PHX-SPL

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) Pursuant to General Order 26-09, the Court directed Respondents to show cause why the Petition should not be granted. (Doc. 3.) On August 13, 2026, the Court granted the Petition in part and ordered Respondents to release Petitioner from custody *or* provide Petitioner a bond redetermination hearing. (Doc. 9.) Judgment was entered the same day. (Doc. 10.)

On August 28, 2026, Petitioner filed a Motion to Enforce Order (Doc. 12), alleging he had not been released or provided a bond hearing and asking the Court to enforce its prior order. On September 1, 2026, Respondents filed a Response (Doc. 13) in which they state Petitioner was provided a bond hearing on August 13, 2026. Respondents allege that during that hearing, the Immigration Judge asked Petitioner if he wanted more time to submit documents in support of his request for bond because Petitioner had filed "zero evidence." Petitioner "agreed and asked for more time and never requested another bond hearing." Respondents state Petitioner "remains free to request a bond hearing at any time once he secures his documents."

///

Petitioner has not filed a reply or contradicted this information. Accordingly, the Court will deny Petitioner's Motion to Enforce Order.

**IT IS ORDERED** that Petitioner's Motion to Enforce Order (Doc. 12) is **denied**.

Dated this 11th day of September, 2026.

Honorable Steven P. Logan
United States District Judge